

**NUMBER 13-13-00370-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ANTONIO DEALLEN DEAN,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On appeal from the 199th District Court
### of Collin County, Texas.

---

## ORDER

**Before Chief Justice Valdez and Justices Garza and Benavides**
**Order Per Curiam**

This Court has received the appellate record with the exception of Exhibit Nos. 8, 9, and 11. The clerk of the trial court is ORDERED to forward Exhibit Nos. 8, 9, and 11 admitted at trial in Cause No. 199-82063-2012 to this Court within ten days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
1st day of July, 2015.